UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKY MARMOLEJO AS REPRESENTATIVE OF THE ESATATE MARION MARMOLEJO, JR.<br><br>VERSUS<br><br>TAKEDA PHARMACEUTICAL COMPANY LIMITED AND TAKEDA PHARMACEUTICALS U.S.A., INC. | MISC. CASE NO. 17-mc-121<br><br>JUDGE DOHERTY<br><br>MAGISTRATE JUDGE HANNA |

### REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, MARION MARMOLEJO, JR.

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of Vicky Marmolejo, Jr., as Representative Claimant and Derivative Claimant; and Spouse as Derivative Claimant and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiffs, Vicky Marmolejo, as Repesentative Claimant and Derivative Claimant; and Spouse as Derivative Claimant individually and as legal heirs to the Estate of Marion Marmolejo, Jr., deceased, and Takeda, as notice to the Court on July 11, 2017 be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

1294137.1

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this <u>31st</u> of <u>July</u>, 2017.

HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE