RECEIVED
AUG 1 4 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKY MARMOLEJO | MISC. CASE NO. 17-mc-121 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Vicky Marmolejo, Jr., as Representative Clamant and Derivative Claimant; and Spouse as Derivative Claimant individually and as legal heirs of the Estate of Marion Marmolejo, Jr., is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _14_ day of August, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE